# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAI L. CHU, | ) |
|       Plaintiff, | ) Case No. 2:11-cv-01400-ECR-CWH |
| vs. | ) **ORDER** |
| BAC HOME LOANS SERVICING, LP, *et al.*, | ) |
|       Defendants. | ) |

      This matter is before the Court on Defendants' Motion to Strike Plaintiff's Improper Complaint Against MERS and Recontrust (#27), filed March 15, 2012

      Pursuant to Fed. R. Civ. P. 15, "[a] party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a). Each of the time periods in which Plaintiff could have amended the complaint as a matter of course has passed. Consequently, the Plaintiff may only amend the complaint "with the opposing party's written consent or the court's leave." *See* Fed. R. Civ. P. 15(a)(2). Here, Defendants do not consent to the filing of the proposed amended complaint. *See* (#26). Further, Plaintiff has failed to comply with the Court's Local Rules governing motions for leave to amend pleading. Pursuant to LR 15-1, Plaintiff must file a motion for leave to amend and attach the proposed amended pleading to the motion so that it will be complete in itself. *See* LR 15-1(a).

      Based on the foregoing and good cause appearing therefore,

      **IT IS HEREBY ORDERED** that Defendants' Motion to Strike Plaintiff's Improper Complaint Against MERS and Recontrust (#27) is **granted**. At this stage in the proceedings, Plaintiff must file a motion for leave to amend the complaint. Plaintiff is not precluded from doing

so, but the motion must be fully compliant with both the Federal Rules and this Court's Local Rules.

DATED this 29th day of March, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**