ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: christine.parvan@akerman.com

*Attorneys for Defendants*
*Bank of America, N.A., successor by merger to BAC*
*Home Loans Servicing, LP, Merscorp, Inc., and*
*Mortgage Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAI-L-CHIU, an individual,<br><br>              Plaintiff,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP; MERSCORP, INC., a Virginia Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a subsidiary of MERSCORP, INC., a Delaware corporation; and DOES individuals 1 to 100, inclusive, and ROES Corporations 1 to 30, inclusive; and all other persons and entities unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto,<br>              Defendants. | Case No.: 2:11-cv-01400<br><br>**ORDER CANCELING LIS PENDENS** |

Defendants request the lis pendens plaintiff Lai Chiu recorded against the subject property be canceled.

The Court finds Chiu recorded a Notice of Lis Pendens Affecting Real Property("Lis Pendens") on or about November 30, 2011, as Instrument Number 201111300000801 in real property records maintained by the Clark County Recorder.  A copy of the Lis Pendens is attached as **Exhibit A** and fully incorporated by reference.

This Court issued an Order Granting defendants' motion to dismiss [Dkt. 8] ("Motion") on

1  May 25, 2012.

2  Upon consideration of defendants' request to cancel the above-referenced Lis Pendens, the
3  Court:

4  1.   Orders, adjudges, and decrees that the above-referenced Lis Pendens is canceled, released
5  and expunged.

6  2.   Further orders, adjudges and decrees that this Order canceling the above-referenced Lis
7  Pendens has the same effect as an expungement of the original Lis Pendens.

8  3.   Further orders, adjudges and decrees defendants record a properly certified copy of this
9  Cancellation Order in the real property records of Clark County, Nevada within a reasonable amount
10 of time from the date of this Order's issue.

APPROVED:

_Edward C. Reed._
UNITED STATES DISTRICT JUDGE
Dated: June 8, 2012

Submitted by:

DATED this 7th day of June, 2012.

**AKERMAN SENTERFITT LLP**

/s/ Christine Parvan
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144

*Attorneys for Defendants*
*Bank of America, N.A., successor by merger to*
*BAC Home Loans Servicing, LP, Merscorp,*
*Inc., and Mortgage Electronic Registration*
*Systems, Inc.*

{24323797;1}                    2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 7th day of June, 2012 and pursuant to FRCP 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **PROPOSED ORDER CANCELING LIS PENDENS**, postage prepaid and addressed to:

LAI L. CHIU
1644 Saintsbury Drive
Las Vegas, Nevada  89144

*Plaintiff in Proper Person*

  /s/     Adam Crawford
An employee of AKERMAN SENTERFITT LLP

{24323797;1}                                    3