1    ARIEL E. STERN, ESQ.
     Nevada Bar No. 8276
2    CHRISTINE M. PARVAN, ESQ.
     Nevada Bar No. 10711
3    AKERMAN SENTERFITT LLP
     1160 Town Center Drive, Suite 330
4    Las Vegas, Nevada  89144
     Telephone:     (702) 634-5000
5    Facsimile:     (702) 380-8572
     Email: ariel.stern@akerman.com
6    Email: christine.parvan@akerman.com

7    *Attorneys for Defendants*
     *Bank of America, N.A., successor by merger to BAC*
8    *Home Loans Servicing, LP, Merscorp, Inc., and*
     *Mortgage Electronic Registration Systems, Inc.*

9
                    UNITED STATES DISTRICT COURT
10
                         DISTRICT OF NEVADA
11

12   LAI-L-CHIU, an individual,                    Case No.:  2:11-cv-01400

13                        Plaintiff,

14   vs.                                           **ORDER CANCELING LIS PENDENS**

15   BAC HOME LOANS SERVICING, LP;
     MERSCORP, INC., a Virginia Corporation,
16   MORTGAGE ELECTRONIC REGISTRATION
     SYSTEMS, INC., a subsidiary of MERSCORP,
17   INC., a Delaware corporation; and DOES
     individuals 1 to 100, inclusive, and ROES
18   Corporations 1 to 30, inclusive; and all other
     persons and entities unknown claiming any right,
19   title, estate, lien or interest in the real property
     described in the Complaint adverse to Plaintiff's
20   ownership, or any cloud upon Plaintiff's title
     thereto,
21                        Defendants.

22          Defendants request the lis pendens plaintiff Lai Chiu recorded against the subject property be

23   canceled.

24          The Court finds Chiu recorded a Notice of Lis Pendens Affecting Real Property("Lis

25   Pendens") on or about November 30, 2011, as Instrument Number 201111300000801 in real

26   property records maintained by the Clark County Recorder.  A copy of the Lis Pendens is attached as

27   **Exhibit A** and fully incorporated by reference.

28          This Court issued an Order Granting defendants' motion to dismiss [Dkt. 8] ("Motion") on

{24323797;1}                                       1

*Left margin:* AKERMAN SENTERFITT LLP
1160 Town Center Square, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1    May 25, 2012.

2          Upon consideration of defendants' request to cancel the above-referenced Lis Pendens, the

3    Court:

4    1.    Orders, adjudges, and decrees that the above-referenced Lis Pendens is canceled, released

5    and expunged.

6    2.    Further orders, adjudges and decrees that this Order canceling the above-referenced Lis

7    Pendens has the same effect as an expungement of the original Lis Pendens.

8    3.    Further orders, adjudges and decrees defendants record a properly certified copy of this

9    Cancellation Order in the real property records of Clark County, Nevada within a reasonable amount

10   of time from the date of this Order's issue.

11                                              APPROVED:

12

13                                              _____
                                                UNITED STATES DISTRICT JUDGE
                                                Dated: June 8, 2012

14   Submitted by:

15          DATED this 7th day of June, 2012.

16                                              **AKERMAN SENTERFITT LLP**

17                                               /s/ Christine Parvan
                                                ARIEL E. STERN, ESQ.

18                                              Nevada Bar No. 8276
                                                CHRISTINE M. PARVAN, ESQ.

19                                              Nevada Bar No. 10711
                                                1160 Town Center Drive, Suite 330

20                                              Las Vegas, Nevada  89144

21                                              *Attorneys for Defendants*
                                                *Bank of America, N.A., successor by merger to*

22                                              *BAC Home Loans Servicing, LP, Merscorp,*
                                                *Inc., and Mortgage Electronic Registration*

23                                              *Systems, Inc.*

24

25

26

27

28

**AKERMAN SENTERFITT LLP**
1160 Town Center Square, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{24323797;1}                                    2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 7th day of June, 2012 and pursuant to FRCP 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **PROPOSED ORDER CANCELING LIS PENDENS**, postage prepaid and addressed to:

LAI L. CHIU
1644 Saintsbury Drive
Las Vegas, Nevada  89144

*Plaintiff in Proper Person*

                                /s/      Adam Crawford
                                An employee of AKERMAN SENTERFITT LLP

**AKERMAN SENTERFITT LLP**
1160 Town Center Square, Suite 330
LAS VEGAS. NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{24323797;1}