ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: christine.parvan@akerman.com

*Attorneys for Defendants*
*Bank of America, N.A., successor by merger to BAC*
*Home Loans Servicing, LP, Merscorp, Inc., and*
*Mortgage Electronic Registration Systems, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAI-L-CHIU, an individual,<br><br>                       Plaintiff,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP; MERSCORP, INC., a Virginia Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a subsidiary of MERSCORP, INC., a Delaware corporation; and DOES individuals 1 to 100, inclusive, and ROES Corporations 1 to 30, inclusive; and all other persons and entities unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto,<br><br>                       Defendants. | Case No.:  2:11-cv-01400<br><br><br>**AMENDED ORDER CANCELING LIS PENDENS** |

Defendants request the lis pendens plaintiff Lai Chiu recorded against the subject property be canceled.

The Court finds Chiu recorded a Notice of Lis Pendens Affecting Real Property("Lis Pendens") on or about November 30, 2011, as Instrument Number 201111300000801 in real property records maintained by the Clark County Recorder.  A copy of the Lis Pendens is attached as **Exhibit A** and fully incorporated by reference.

This Court issued an Order Granting defendants' motion to dismiss [Dkt. 8] ("Motion") on

{24398235;1}                                              1

May 25, 2012.

Upon consideration of defendants' request to cancel the above-referenced Lis Pendens, the Court:

1. Orders, adjudges, and decrees that the above-referenced Lis Pendens is canceled, released and expunged.

2. Further orders, adjudges and decrees that this Order canceling the above-referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. Further orders, adjudges and decrees defendants record a properly certified copy of this Cancellation Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

APPROVED:

*Edward C. Reed.*

UNITED STATES DISTRICT JUDGE
Dated: June 20, 2012

Submitted by:

DATED this 20th day of June, 2012.

**AKERMAN SENTERFITT LLP**

/s/ Christine Parvan
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants*
*Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, Merscorp, Inc., and Mortgage Electronic Registration Systems, Inc.*

{24398235;1}   2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 20th day of June, 2012 and pursuant to FRCP 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **PROPOSED ORDER CANCELING LIS PENDENS**, postage prepaid and addressed to:

LAI L. CHIU
1644 Saintsbury Drive
Las Vegas, Nevada  89144

*Plaintiff in Proper Person*

                                                           /s/    Adam Crawford
                                               An employee of AKERMAN SENTERFITT LLP

**AKERMAN SENTERFITT LLP**
1160 Town Center Square, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{24398235;1}

3

# EXHIBIT A

# EXHIBIT A

{22983430;1}

Inst #: 201111300000801
Fees: $26.00
N/C Fee: $0.00
11/30/2011 09:26:04 AM
Receipt #: 992100
Requestor:
LAI CHIU
Recorded By: GILKS   Pgs: 10
DEBBIE CONWAY
CLARK COUNTY RECORDER


(10)

## RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

APN# 137-24-419-014

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

### TITLE OF DOCUMENT (DO NOT Abbreviate)

NOTICE OF LIS-PENDENS
AFFECTING REAL PROPERTY

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

Recording requested by:
PHUOC TRAN

Return to:
Name   LAI - L - CHIU
Address   1644 - SAINTSBURY - DR
City/State/Zip   Las-Vegas - NV - 89144

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

| | | |
|---|---|---|
| 1. | RECORDING REQUESTED BY : Plaintiff: Lai-L-Chiu | **"FILED"** |
| 2. | AND WHEN RECORDED MAIL TO: | |
| 3. | LISP | AUG 4  9 14 AM '11 |
| 4. | LAI-L-CHIU | |
| 5. | 1644 SAINTSBURY DR | [signature] |
| 6. | LAS VEGAS NV 89144 | CLERK ... COURT |
| 7. | 702-326-7828 | |
| 8. | **SPACE ABOVE THIS LINE FOR RECORDER'S USE** | |

### DISTRICT COURT
### CLARK COUNTY, NEVADA

| | | |
|---|---|---|
| 11. | LAI-L-CHIU, an individual | ) |
| 12. | Plaintiff(s) | ) CASE NO.: A-11-646100-C |
| 13. | Vs. | ) DEPARTMENT: XVI |
| 14. | BAC HOME LOANS SERVICING, LP; | ) **NOTICE OF LIS PENDENS** |
| 15. | MERSCORP, INC., a Virginia Corporation, | ) |
| 16. | MORTGAGE ELECTRONIC REGISTRATION | ) **AFFECTING REAL** |
| | | ) **PROPERTY** |
| 17. | SYSTEMS, INC. a subsidiary of MERSCORP, | ) |
| 18. | Inc., a Delaware Corporation; AND DOES | ) NOTICE: THIS LIS PENDENS |
| | | ) IS EFFECTIVE UPON |
| | | ) SERVICE OF THE PARTY |
| | | ) WHEN SERVED, AND SHALL |
| | | ) ISSUED AND AGAINST THE |
| | | ) OTHER PARTY WHEN |
| | | ) SERVED, AND SHALL |
| | | ) REMAIN IN EFFECT FROM |
| | | ) THE TIME OF ITS ISSUANCE |
| | | ) UNTIL TCONTEMPTRAIL OR |
| | | ) UNTIL DISSOLVED OR |
| | | ) MODIFIED BY THE COURT, |
| | | ) DISOBEDIENCE OF THIS LIS |
| | | ) PENDENS IS PUNISHABLE BY |
| | | ) CONTEMPT |
| 19. | individuals 1 to 100, Inclusive; and ROES | |
| 20. | Corporations 1 to 30, Inclusive; and all other | |
| 21. | | |
| 22. | persons and entities unknown claiming any | |
| 23. | right, title, estate, lien or interest in the real | |
| 24. | property described in the Complaint adverse to | |
| 25. | Plaintiff's ownership, or any cloud upon | |
| 26. | Plaintiff's title thereto, | |
| 27. | **Defendants,** | |
| 28. | | |

1 | And of which the legal description is as follows: APN# 163-28-712-023
2 | **Southern Vista Est Unit #2 Lot 78, Plat Book 58, Page 56, Block 4 and by**
3 | **Certificate of Record on 8/02/1999 in Book 19990802 as Inst. No. 00613 all in the**
4 | **Office of the County Recorder for Clark County, Nevada.**
5 | **And which is identified in the complaint of this action.**
6 | The property affected by the action is located in the County of Clark, Nevada. The natures of the
7 | claims are:
8 | 1. Unfair Lending Practices-NRS 598.100(D)
9 | 2. Deceptive Trade Practices
10 | 3. Conspiracy To Commit Fraud and Conversion
11 | 4. Conspiracy To Conversion Related to MERS System
12 | 5. Inspection And Accounting
13 | 6. Unjust Enrichment
14 | 7. Breach Of Good Faith And Fair Dealing
15 | 8. Injunctive Relief
16 | 9. Declaratory Relief
17 | 10. Rescission
18 | 11. Fair Housing Act 42 U.S.C. s3601 *et seq.*
19 | **NOTICE IS FURTHER GIVEN that YOU ARE HEREBY PROHIBITED AND**
20 | **RESTRAINED FROM:** Transferring, encumbering, selling, or otherwise disposing of
21 | any portion of said real property without the written permission of the Court.
22 | DATED this __2__ day of __Aug__, 2011.
23 | Plaintiff Signature(s):
24 | _[signature]_
25 | LAI-L-CHIU
26 | 1644 Saintsbury Dr
27 | Las Vegas   NV   89144
28 | (702) 326-7828

## ACKNOWLEDGMENT

Subscribed and sworn to before me this $\underline{2}$ day of $\underline{Aug}$, 2011.

Signed: _____   Seal:

NOTARY PUBLIC in and for the County of Clark, State of Nevada



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
BECKY A. LEHRKE
No: 09-9949-1
My Appointment Expires May 8, 2013

I hereby attest and certify on $\underline{11/15/11}$ that the foregoing document is a full, true and correct copy of the original on file in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk



NOTICE OF PENDENCY OF ACTION

2

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

__LAi - L - CHiu__
Plaintiff

v.

__BANK - of - AMERicA__
Defendant

2:11-cv-01400-ECR -CWH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TO: BANK-of- AMERicA
CA - 6 - 919 - 01 - 41
P. O. Box - 5170
SiMi - VALLey - CA - 93062.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LAi - L - CHiu
1644 - SAiNTSBURy - DR.
LaS - Vjas - NV - 89144.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 9/13/11

CLERK OF COURT
Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Lai – L – Chiu
_____
Plaintiff

v.

Bank – of – America
_____
Defendant

2:11-cv-01400-ECR -CWH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TO: MORTGAGE – ELECTRONIC
REGISTRATION – SYSTEMS
CA-6-919-01-41
P.O. BOX 5170
SIMI – VALLEY CA – 93062.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lai – L – Chiu
1644 – Saintsbury – DR
Las – Vegas – NV – 89144.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/13/11

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MORTGAGE - ELECTRONIC REGISTRATION - SYSTEMS.
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* LAI - L - CHIU
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

LAI - L - CHIU
Printed name and title

1644 - SAINTSBURY - DR
LAS - VEGAS - NV - 89144
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bank-of-American
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* Lai-L-Chiu
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

Lai-L-Chiu
*Printed name and title*

Lai-L-Chiu
1644-Saintsbury-DR
Las-Vegas-NV-89144
*Server's address*

Additional information regarding attempted service, etc:

FILED / RECEIVED
ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD

2011 SEP 13 A 8: 16

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY_____DEPUTY

LAI L CHIU
C/O PHUOC TRAN
1644 SAINTSBURY DR
LAS VEGAS NV 89144
TEL#702-326-7828
PRO SE PLANTIFFS

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LAI L CHIU, an individual<br><br>   Plaintiffs,<br><br>vs.<br><br>BAC HOME LOAN SERVICING LP, *et al*<br><br>   Defendants | Case No.11-cv-001-1400<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

**CERTIFICATE OF INTERESTED PARTIES**

COMES NOW LAI L CHIU, and hereby state that there are no known interested parties, other than those participating in this case.

DATED this 13 day of Sep 2011.

_____
LAI L CHIU, PRO SE

Attorney General Cortez Masto and Assembly Majority Leader Conklin

ANNOUNCE NEW '

Foreclosure fraud reform' bill to Take Effect OCTOBER 1

Las Vegas, NV – Nevada Attorney General Catherine Cortez Masto and Nevada Assembly Majority Leader Marcus Conklin announced that the new 'Foreclosure Fraud Reform' law will take effect on October 1, 2011.

"This new law helps protect Nevadans from improper foreclosures and protects the integrity of the system for homeowners," said Cortez Masto. "I was pleased to work with Majority Leader Conklin on this important bill that creates security, legitimacy, and transparency in the foreclosure process. Assembly Bill 284 will protect the Silver State's housing market by ensuring homeowners and prospective purchasers can get a clean chain of title and are treated more fairly."

"There have been widespread instances of foreclosures based on false, improper or incomplete documents throughout the nation over the past few years," Conklin said. "This new law is part of our ongoing commitment to prevent foreclosure fraud in our state and to ensure that the Attorney General has the tools necessary to prosecute those who defraud homeowners."

The bill gives Nevada residents access to information on the companies that hold their mortgages by requiring the documents used in the foreclosure process to be recorded in the county where the property is located. Additionally, the legislation requires a party seeking to foreclose in Nevada to record a notarized Affidavit of Authority to Foreclose that includes information showing that the party seeking to foreclose on the property has the legal right to exercise the power of sale. AB 284 also strengthens the Attorney General's enforcement authority over foreclosure fraud, and gives property owners a new right of action to enforce their own legal rights in foreclosures.